**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: **KURT S. OLSON** | ) | MISC. BUSINESS DOCKET No.: 26-mc-91380-DJC |

**ORDER OF TERM SUSPENSION**

WHEREAS, on July 28, 2026, the Supreme Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Term Suspension with regard to **KURT S. OLSON.**

1. WHEREAS, pursuant to Local Rule 83.6.9, Notice of Filing of Disciplinary Action and Order to Show Cause were filed in this Court on July 30, 2026. In addition, a copy of the Notice and Order was electronically mailed to **KURT S. OLSON**'s address on file with this Court;

2. WHEREAS, **KURT S. OLSON** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rules 83.6.9(c), this Court hereby imposes the identical discipline, and **KURT S. OLSON** is hereby Suspended from this Court.

Dated: August 24, 2026

Denise J. Casper
Chief U.S. District Judge